Case No. 25-70008

# In the United States Court of Appeals for the Fifth Circuit

---

RONALD JAMES HAMILTON,
*Petitioner - Appellant,*

v.

ERIC GUERRERO, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION,
*Respondent - Appellee*

---

Appeal from the United States District Court
for the Southern District of Texas
No. 4:15-cv-1996

---

**APPELLANT'S UNOPPOSED MOTION TO EXTEND THE LENGTH OF BRIEF IN SUPPORT OF MOTION FOR COA.**

---

Comes now the Appellant, Ronald Hamilton, through counsel, and moves this Court to extend the length limit of his brief in support of his motion for certificate of appealability. This motion is filed pursuant to Fed. R. App. P. 32(a)(B) and is timely pursuant to Fifth Circuit Rule 32.4. Petitioner Hamilton moves to extend the length of his brief in support from 13,000 words to 16,500 words, and would show the Court as follows:

1

This is a death penalty case. The record on appeal is 12,958 pages, and includes the twenty-three-volume trial record and the eight-volume state level post-conviction hearing record which focused on new forensic evidence not presented at Mr. Hamilton's trial. Hamilton is urging a Certificate of Appealability on Four Claims. Two claims related to whether he committed and extraneous murder admitted against him at trial, a multi-part ineffective assistance of trial counsel claim, and a related conflict of interest claim. These claims are fact intensive. He plans to abandon the remaining eleven constitutional claims urged before the District Court to focus on the claims which are most important to his case.

Counsel have substantially completed the briefing in question, but are still editing the brief. Counsel have tried to economize the number of words in this brief; but counsel expect an additional 3,500 words will be necessary to fully present the relevant claims to this Court, even at the Certificate of Appealability phase. As a result, Mr. Hamilton moves this Court to extend the length limit of his brief in support of his motion for certificate of appealability, and allow him to file a brief in support that does not exceed 16,500 words.

Respectfully submitted,

Jonathan Landers
1018 PRESTON, FLOOR 8
Houston, Texas 77002
(713) 685-5000
Jlanders.law@gmail.com

## CERTIFICATE OF CONFERENCE

I certify that I have conferred with Lucas Wallace on July 11, 2025, and he is unopposed to this motion.

/s/ Jonathan Landers
Jonathan Landers

## CERTIFICATE OF SERVICE

I certify that today, July 11, 2025, the foregoing document was served, via the Court's CM/ECF Document Filing System, upon all counsel of record.

Also, this motion has been served, via the United States Postal Service, to the appellant at:

RONALD HAMILTON, TDCJ # 999436
POLUNSKY UNIT
3872 FM 350
LIVINGSTON TX 77351

/s/ Jonathan Landers
Jonathan Landers

# **CERTIFICATE OF COMPLIANCE WITH RULE 32(a)**

1. This document complies with the type-volume limit of Fed. R. App. P. 27(d)(2)(A) because this document contains 274 words.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5), the type-style requirements of Fed. R. App. P. 32(a)(6), and 5th Cir. R. 32.2, because this document has been prepared in a proportionally spaced typeface using Microsoft Word for Office 365 in Century Schoolbook 14-point font in text and Century Schoolbook 12-point font in footnotes.

3. This motion will be filed electronically, in native Portable Document File (PDF) format, via the Fifth Circuit's CM/ECF system.

/s/ Jonathan Landers
Jonathan Landers